In the Matter of THOMAS K. COYNE, Appellant, against WILLIAM WILSON, as Commissioner of the Department of Housing and Buildings of the City of New York, et al., Respondents.

In the Matter of GEORGE L. MORRIS, Appellant, against WILLIAM WILSON, as Commissioner of the Department of Housing and Buildings of the City of New York, et al., Respondents.

In the Matter of OTTO C. HAAS, Appellant, against WILLIAM WILSON, as Commissioner of the Department of Housing and Buildings of the City of New York, et al., Respondents.

In the Matter of ANDREW J. MALONEY, Appellant, against WILLIAM WILSON, as Commissioner of the Department of Housing and Buildings of the City of New York, et al., Respondents.

In the Matter of JAMES P. DUNN, Appellant, against WILLIAM WILSON, as Commissioner of the Department of Housing and Buildings of the City of New York, et al., Respondents.

In the Matter of CHARLES O. NORSTRAND, Appellant, against WILLIAM WILSON, as Commissioner of the Department of Housing and Buildings of the City of New York, et al., Respondents.

In the Matter of JOHN J. WARD, Appellant, against WILLIAM WILSON, as Commissioner of the Department of Housing and Buildings of the City of New York, et al., Respondents.

In the Matter of MICHAEL F. MORONEY, Appellant, against WILLIAM WILSON, as Commissioner of the Department of Housing and Buildings of the City of New York, et al., Respondents.

Submitted February 23, 1943; decided March 4, 1943.

*Thomas D. Thacher, Corporation Counsel (Paxton Blair* and *Henry J. Shields* of counsel), for motion.
*George Gordon Battle* opposed.

Motion granted and appeals dismissed with costs and ten dollars costs of motion.